# NOTICE TO APPEAR

*Warning: If you fail to make your initial appearance before the United States Magistrate Judge, a warrant for your arrest will be issued.

Your initial appearance will be held before a United States Magistrate Judge on _March 21, 2018_ at _0800_ A.M. in the United States Courthouse and Federal Building (Post Office Building), third floor courtroom, 301 Green Street, Fayetteville, North Carolina.

- Cell phones are prohibited in the Courthouse and Federal Building
- A picture ID is required for entrance
- Notify the Clerk's office immediately of any change of address at: NCED-Fayetteville-Duty@nced.uscourts.gov

_03/03/2018_
Date

_Refused to Sign_
Signature of Defendant