IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:18-MJ-1195

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>V.<br><br>**GREGORY GOSS**<br><br>**Defendant** | NOTICE OF APPEARANCE |

The undersigned attorney gives notice to the Court that he has been retained to represent the Defendant, **GREGORY GOSS** above-entitled matter, and pursuant thereto will appear in this action as counsel of record for this Defendant.

RESPECTFULLY SUBMITTED, this 21ST day of March 2018

>BY:   /S/ David T. Courie
>Attorney for Defendant
>Beaver Courie Sternlicht Hearp & Broadfoot, P.A.
>230 Green Street
>P. O. Drawer 2275
>Fayetteville, NC  28302
>Telephone: (9l0) 323-4600
>Facsimile:   (910) 323-3403
>E-mail:  dtc@beavercourie.com
>North Carolina State Bar No. 24180
>Retained Counsel

# CERTIFICATE OF SERVICE

      I, David T. Courie, attorney for the Defendant in the above-referenced matter, do hereby certify that I have this date served a copy of the foregoing document by electronic filing on:

Department of the Army
Headquarters, XVIII Airborne Corps and Fort Bragg
Fort Bragg, NC 28310

      RESPECTFULLY SUBMITTED, this 21ST day of March 2018

      BY:   /S/ David T. Courie
      Attorney for Defendant
      Beaver Courie Sternlicht Hearp & Broadfoot, P.A.
      230 Green Street
      P. O. Drawer 2275
      Fayetteville, NC 28302
      Telephone: (9l0) 323-4600
      Facsimile: (910) 323-3403
      E-mail: dtc@beavercourie.com
      North Carolina State Bar No. 24180
      Retained Counsel