FILED

JUL 1 1 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:18-MJ-1195

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | CRIMINAL INFORMATION |
| GREGORY T. GOSS ) | |
| ) | |

Defendant:

The United States Attorney charges:

## COUNT ONE

THAT, on or about March 3, 2018, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of North Carolina, GREGORY T. GOSS, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol that he/she had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

## COUNT TWO

THAT, on or about March 3, 2018, on the Fort Bragg Military Reservation an area within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of North Carolina, GREGORY T. GOSS, did drive a motor vehicle, on a highway or a public vehicular area, while less than twenty-one years of age while he had remaining in his

body any alcohol or controlled substance previously consumed, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.3.

## COUNT THREE

THAT, on or about March 3, 2018, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, GREGORY T. GOSS, did operate a motor vehicle on a highway without being properly licensed while driving the vehicle, in violation of North Carolina General Statute 20-7(a), as adopted and made applicable by Title 32, Code of Federal Regulations, Part 210.3.

ROBERT J. HIGDON, JR.
UNITED STATES ATTORNEY

BY: _____
RACHEL O. ARMENT
Special Assistant United States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222