UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5: 18-MJ-1195

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| GREGORY T. GOSS | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, gives notice to this Honorable Court of the undersigned Special Assistant United States Attorney as counsel for the Government in the above-referenced action.

Respectfully submitted, this 7th day of September, 2018.

ROBERT J. HIGDON, JR.
United States Attorney

BY: /s/ Andrew M. Hopkins
ANDREW M. HOPKINS
Special Assistant U.S. Attorney
OSJA, XVIII Airborne Corps
2175 Reilly Road, Stop A
Fort Bragg, NC 28310-5000
Email: andrew.m.hopkins8.mil@mail.mil
Telephone: 910-908-6087
Fax: 910-396-8153

CERTIFICATE OF SERVICE

I certify that I have on this the 7th day of September, 2018, served a copy of the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system, which will also provide notice of the same to the Defendant at the following:

**David T. Courie**
Beaver Courie Law Offices
PO Drawer 2275
Fayetteville, NC 28302
910-323-4600
Fax: 323-3403
Email: dtc@beavercourie.com

                                            ROBERT J. HIGDON, JR.
                                            United States Attorney

                                            BY: /s/ Andrew M. Hopkins
                                            ANDREW M. HOPKINS
                                            Special Assistant U.S. Attorney
                                            OSJA, XVIII Airborne Corps
                                            2175 Reilly Road, Stop A
                                            Fort Bragg, NC 28310-5000
                                            Email: andrew.m.hopkins8.mil@mail.mil
                                            Telephone: 910-908-6087
                                            Fax: 910-396-8153