UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | Waiver of Appearance |
| | ) | At Arraignment and Related |
| | ) | Proceedings |
| VS. | ) | (Rule, 10(b), Fed. R. Crim. P.) |
| | ) | |
| | ) | Case Number: 5:18-MJ-1195 |
| | ) | |
| X  Gregory  Goss | ) | |
| (Defendants Name-Print) | ) | |

I, __Gregory Goss__, charged in an Information pending in the Eastern District of North Carolina with _____ do hereby *waive (give up)* my right to appear at an arraignment.

I acknowledge that I have received and reviewed a copy of the Information and have agreed to enter a plea of _____ (guilty/not guilty/no contest).

If I agree to plead guilty or no contest, I also waive any further advisement by the court regarding The please or inquiry by the court into the plea under Fed. R. Crim. P. 11, and my right to be present at sentencing.

I have provided my most current contact information to my attorney and I understand that this Information will be provided to the United States Probation Office on the date of this plea.

_____          X _____/s/_____
Date                                          Defendant (Signature)

                                              ____David T. Courie____
                                              Counsel for Defendant

*The defendant's request to waive appearance at the arraignment and related proceedings is hereby APPROVED.*

__9/5/18__                                    __/s/ Kimberly A. Swank__
Date                                          UNITED STATES MAGISTRATE JUDGE