IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-MJ-1195-KS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **SCHEDULING ORDER** |
| GREGORY T. GOSS, ) | |
| ) | |
| Defendant. ) | |

This matter is HEREBY SET for bench trial before the undersigned commencing at 10:00 a.m. on November 8, 2018, in the United States Courthouse Annex, 215 South Evans Street, Greenville, North Carolina.

IT IS FURTHER ORDERED that, in preparation for trial, the parties shall:

1. File any motions in limine or other pretrial motions no later than one week before trial. Written responses to any such motions are not required;

2. File a list containing names of witnesses whom the filing party anticipates calling in its case-in-chief no later than two days before trial; and

3. Provide to the court, the clerk, and to the undersigned's law clerk a copy of each trial exhibit (whether or not offered for admission) no later than the first time it is referenced at trial.

SO ORDERED, this the 17th of September, 2018.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge