

FILED
NOV 8 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA )  Waiver of Appearance
) At Arraignment, Plea and Related
) Proceedings
VS. ) (Rules 10 and 11, Fed. R. Crim. P.)
)
) Case Number: 5:18-mj-1195
)
X  Gregory Tristan Goss )
    (Defendant's Name- Print) )

I, Gregory T Goss, charged in an Information pending in the Eastern District of North Carolina with _____ do hereby waive (give up) my right to appear at arraignment, plea or sentencing in my case.

I acknowledge I have reviewed a copy of the Information and discussed the evidence in my case with my Attorney and the negotiated plea offer with the Government, which the Court may or may not follow and have agree to enter a plea of ___guilty___ ( guilty/not guilty/no contest) by wavier.

I have provided my most current contact information to my attorney and I understand that this information will be provided to the United States Probation Office and relied upon by them on the date provided to the Court.

07NOV2018                                X _____
Date                                     Defendant (Signature)

                                         David T. Courie
                                         Counsel for Defendant

*The defendant's request to waive appearance at the arraignment and related proceedings is hereby APPROVED.*

11-8-18                                  _____
Date                                     UNITED STATES MAGISTRATE JUDGE

Case 5:18-mj-01195-KS   Document 18   Filed 11/08/18   Page 1 of 1