
FILED
NOV 8 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
) Case No. 5:18-MJ-1195
X Gregory Tristan Goss )
*Defendant* )

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

X _____
Defendant's signature

**Waiver of a Right to Trial by Jury**
I waive my right to a jury trial.

X _____
Defendant's signature

The United States consents to the jury-trial waiver: _____
Government representative's signature

_____
Government representative's printed name and title

**Waiver of a Right to Have 30 Days to Prepare for Trial**
I waive my right to have 30 days to prepare for trial.

X _____
Defendant's signature

David T. Courie
Printed name of defendant's attorney (if any)

Date: 11-8-18

Signature of defendant's attorney (if any)

Approved by: _____
Magistrate Judge's signature