Phone (919) 645-1700
Fax (919) 645-1750

United States District Court
Office of the Clerk
PO Box 25670
Raleigh, NC 27611

Peter A. Moore, Jr.
Clerk of Court

November 15, 2018

North Carolina Division of Motor Vehicles
Driver's License Section
3114 Mail Services Center
Raleigh, NC 27699-3114

    RE:    **NOTICE OF CONVICTION**

Dear Sir:

    Please find attached certified copies of Judgments for various defendants convicted of traffic offenses in the *US District Court for the Eastern District of North Carolina*.

**Defendant:**    **Hadeel Abujaber - Case No: 5:18-MJ-1316**

**Defendant:**    **Gregory T. Goss - Case No.: 5:18-MJ-1195**

**Defendant:**    **Austin W. Brown - Case No.: 5:18-MJ-1047**

**Defendant:**    **Charles Camp - Case No.: 5:17-MJ-2133**

**Defendant:**    **Troy Simmons - Case No.: 5:17-MJ-1912**

    Should you have any questions or if additional information is required, please contact me in the Greenville Divisional Office at (252) 830-2330 or by email: **shelia_foell@nced.uscourts.gov**

Sincerely,

**Shelia Foell**
Case Manager for the
Honorable Kimberly A. Swank,
U.S. Magistrate Judge

/sdf
enclosures